# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00282-FDW-DSC

| | |
|---|---|
| LEWIS CORPENING, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MONEYLION INC. et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendants' "Motion to Compel Arbitration" (document #26) and the parties' briefs and exhibits. For the reasons stated in Defendants' briefs, the Motion will be granted.

**IT IS THEREFORE ORDERED** that:

1. Defendants' "Motion to Compel Arbitration" (document #26) is **GRANTED**. The parties shall submit this matter to binding arbitration as provided in the arbitration agreement. The parties shall complete arbitration within one year from the date of this Order.

2. This matter is **STAYED** pending arbitration.

3. The parties shall file a status report within 180 days of this Order.

4. The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: December 4, 2019

David S. Cayer
United States Magistrate Judge